IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **Blaine Keith Milam** <br> Petitioner, <br><br> v. <br><br> **Lorie Davis, Director** <br> Texas Department of Criminal Justice, <br> Correctional Institutions <br> Division, <br><br> Respondent. | § § § § § § § § § § § § § | Cause No. 4:13-CV-545 <br><br> **DEATH PENALTY CASE** |

ENTRY OF APPEARANCE OF COUNSEL

I hereby enter my appearance as appointed on behalf of Blaine Keith Milam pursuant to 18 U.S.C. § 3599.  I understand that it is my duty to continue to represent Mr. Milam in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court, including "appeals, applications for writ of certiorari to the Supreme Court of the United States, and all available post-conviction process, together with applications for stays of execution and other appropriate motions and procedures, and [to] also represent the defendant in such competency proceedings and proceedings for executive or other clemency as may be available to the defendant," 18 U.S.C. § 3599, or unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated: October 5, 2018

/s/ Jennae R. Swiergula
Jennae R. Swiergula
Texas Defender Service
Texas Bar # 24104466
1023 Springdale Road
Building 14, Suite E
Austin, Texas 78721

Phone (512) 320-8300
Fax (512) 477-2153
jswiergula@texasdefender.org

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018 electronically filed the foregoing motion with the Clerk of the Court for the U.S. District Court, Western District of Texas. The ECF system sent a "Notice of Electronic Filing" to counsel for Respondent:

Mr. Tomee M. Heining
Office of the Attorney General
Criminal Appeals Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
tomee.heining@texasattorneygeneral.gov

/s/ Jennae R. Swiergula
Jennae R. Swiergula